**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| MP DIAGNOSTICS, INC., | Case No.: 18-10450 -LMI |
| MP DIAGNOSTICS, LTD., | Jointly Administered |
|     Debtors. | |
| _____/ | |
| DREW M. DILLWORTH, as Chapter 7 Trustee, | Adv. Pro. No. 20-01004-LMI |
|     Plaintiff, | |
| v. | |
| 1st PARKING USA, INC., a Florida corporation, | |
|     Defendant. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that true and correct copies of the documents listed below were served as follows: (a) based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF on the date the documents were entered on the court docket, to those parties registered to receive NEF in this case, and (b) by First Class Mail postage prepaid on January 15, 2020 to 1st PARKING USA, INC., c/o Vincente Gonzalez, Registered Agent, 2705 SW 187 Avenue, Miramar, FL   33029; and to 1st PARKING USA, INC., c/o Carlos Cordero, VP, 390 NE 116 Street, Miami, FL   33161:

    1. Adversary Complaint [ECF No. 1];

    2. Summons and Notice of Pretrial/Trial in an Adversary Proceeding [ECF No. 2]; and,

    3. Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 3].

DATED:  January 15, 2020.

                                          Respectfully submitted,

                                          */s/ Drew M. Dillworth, Esq.*
Drew M. Dillworth
Florida Bar No. 0167835
ddillworth@stearnsweaver.com
**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:     (305) 789-3200
Facsimile:      (305) 789-2688

COUNSEL FOR TRUSTEE

#8076363 v1